UNITED STATES DISTRICT COURT
EASTERN DISTICT OF MICHIGAN
SOUTHERN DIVISION

METROPOLITAN LIFE
INSURANCE COMPANY,

    Plaintiff,                            Civil Action No. 15-11269
                                        Honorable Mark A. Goldsmith
              v.                    Magistrate Judge Elizabeth A. Stafford

AUDREY BREWER, ALICIA
WILSON, DEMAREE HEEREN,

    Defendants.
_____/

## SETTLEMENT ORDER

The above-captioned life insurance interpleader action was referred to this Court to resolve all pretrial matters pursuant to 28 U.S.C. § 636(b)(1)(A) and (B).  [R. 11].  On June 18, 2015, the Court held a telephonic status conference, during which the parties agreed to the following resolution:

> The Plan Benefits[1], plus any applicable interest, will be split equally between Defendants Alicia Wilson and Demaree Heeren, and Defendant Audrey Brewer relinquishes any right, interest, or claim she had, has, or may obtain to the Plan Benefits.

---

[1] "Plan Benefits" is a defined term that refers to Claude Brewer's life insurance proceeds from the General Motors Plan.  [See R. 1, PgID 1, 4].

To finalize the agreed on resolution, each defendant must sign the applicable Settlement Statement, attached to this order, and return it to the Court via U.S. Mail by **Thursday, July 2, 2015**, at the following address:

>U.S. Magistrate Judge Elizabeth A. Stafford
>Theodore Levin Courthouse
>231 W. Lafayette Blvd.
>Room 619
>Detroit, MI 48226

**IT IS ORDERED**.

s/Elizabeth A. Stafford
ELIZABETH A. STAFFORD
United States Magistrate Judge

Dated: June 18, 2015

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on June 18, 2015.

s/Marlena Williams
MARLENA WILLIAMS
Case Manager

UNITED STATES DISTRICT COURT
EASTERN DISTICT OF MICHIGAN
SOUTHERN DIVISION

METROPOLITAN LIFE
INSURANCE COMPANY,

    Plaintiff,

              v.

AUDREY BREWER, ALICIA
WILSON, DEMAREE HEEREN,

    Defendants.
_____/

Civil Action No. 15-11269
Honorable Mark A. Goldsmith
Magistrate Judge Elizabeth A. Stafford

## SETTLEMENT STATEMENT

I, Audrey Brewer, agree to the following resolution in the above-captioned case:

The Plan Benefits[1], plus any applicable interest, will be split equally between Defendants Alicia Wilson and Demaree Heeren, and Defendant Audrey Brewer relinquishes any right, interest, or claim she had, has, or may obtain to the Plan Benefits.

s/_____          Date:_____
Audrey Brewer

---

[1] "Plan Benefits" is a defined term that refers to Claude Brewer's life insurance proceeds from the General Motors Plan. [*See* R. 1, PgID 1, 4].

UNITED STATES DISTRICT COURT
EASTERN DISTICT OF MICHIGAN
SOUTHERN DIVISION

METROPOLITAN LIFE
INSURANCE COMPANY,

    Plaintiff,                        Civil Action No. 15-11269
                                       Honorable Mark A. Goldsmith
           v.                    Magistrate Judge Elizabeth A. Stafford

AUDREY BREWER, ALICIA
WILSON, DEMAREE HEEREN,

    Defendants.
_____/

## **SETTLEMENT STATEMENT**

I, Alicia Wilson, agree to the following resolution in the above-captioned case:

The Plan Benefits[1], plus any applicable interest, will be split equally between Defendants Alicia Wilson and Demaree Heeren, and Defendant Audrey Brewer relinquishes any right, interest, or claim she had, has, or may obtain to the Plan Benefits.

s/_____    Date:_____
Alicia Wilson

---

[1] "Plan Benefits" is a defined term that refers to Claude Brewer's life insurance proceeds from the General Motors Plan. [*See* R. 1, PgID 1, 4].

UNITED STATES DISTRICT COURT
EASTERN DISTICT OF MICHIGAN
SOUTHERN DIVISION

METROPOLITAN LIFE
INSURANCE COMPANY,

      Plaintiff,

              v.

AUDREY BREWER, ALICIA
WILSON, DEMAREE HEEREN,

      Defendants.
_____/

Civil Action No. 15-11269
Honorable Mark A. Goldsmith
Magistrate Judge Elizabeth A. Stafford

## SETTLEMENT STATEMENT

I, Demaree Heeren, agree to the following resolution in the above-captioned case:

The Plan Benefits[1], plus any applicable interest, will be split equally between Defendants Alicia Wilson and Demaree Heeren, and Defendant Audrey Brewer relinquishes any right, interest, or claim she had, has, or may obtain to the Plan Benefits.

s/_____    Date:_____
Demaree Heeren

---

[1] "Plan Benefits" is a defined term that refers to Claude Brewer's life insurance proceeds from the General Motors Plan. [*See* R. 1, PgID 1, 4].