UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

METROPOLITAN LIFE
INSURANCE COMPANY,

       Plaintiff,

                                      Case No. 15-CV-11269

v.

                                      HON. MARK A. GOLDSMITH

AUDREY BREWER, et al.,

       Defendants.
_____/

### ORDER (1) ACCEPTING THE REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE DATED JUNE 30, 2015 (Dkt. 14), (2) RELEASING INTERPLEADER FUNDS PURSUANT TO THE SETTLEMENT AGREEMENT, AND (3) TERMINATING THIS ACTION

       This matter is presently before the Court on the Report and Recommendation (R&R) of Magistrate Judge Elizabeth A. Stafford, issued on June 30, 2015 (Dkt. 14).  In the R&R, the Magistrate Judge recommends that the Plan Benefits, plus any applicable interest, be disbursed equally between Defendants Alicia Wilson and Demaree Heeren, and that this action be terminated.  The parties have not filed objections to the R&R, and the time to do so has expired.  See Fed. R. Civ. P. 72(b)(2).  The Court has reviewed and accepts the R&R.

       Accordingly, the Court orders that the Plan Benefits, plus any applicable interest, be disbursed equally between Alicia Wilson and Demaree Heeren.  The Court will issue a separate order regarding the distribution of these funds.  The Court further orders that this action be terminated.

       SO ORDERED.

Date:  July 31, 2015                                s/Mark A. Goldsmith
       Detroit, Michigan                        MARK A. GOLDSMITH
                                                         United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on July 31, 2015.

                                             s/Carrie Haddon
                                             Case Manager